JS-6

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ROBYN K. BACON (Cal. Bar No. 251048)
Assistant United States Attorney
Violent and Organized Crime Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4667
    Facsimile:  (213) 894-3713
    E-mail:    robyn.bacon@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED
CLERK, U.S. DISTRICT COURT
SEP 17 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>BRANDI ANGELA BRANDT<br>A fugitive from the government of Australia. | No. CV 13-3933-JSL-VBK<br><br>[proposed] ORDER RE EXTRADITION AND CERTIFICATE OF EXTRADITABILITY |

    The fugitive, Brandi Angela Brandt (hereinafter "the fugitive"), having entered into the foregoing stipulation.

    IT IS HEREBY FOUND as follows:

    1.   The fugitive's stipulation to all elements of extradition is intelligent and voluntary.

    2.   The fugitive was charged in Australia with the crimes of (1) conspiracy to import a commercial quantity of a border controlled drug, namely, cocaine and (2) dealing with the proceeds of crime worth $100,000 or more.  On March 31, 2011, an authorized

1 | officer of the Local Court at Sydney, New South Wales issued a
2 | warrant for her arrest.
3 |         3.   All the requirements for summary extradition are met,
4 | specifically:
5 |              a.   The undersigned judicial officer, United States
6 | Magistrate Judge Victor B. Kenton, and the court on which that
7 | judicial officer sits, have jurisdiction to conduct extradition
8 | proceedings.
9 |              b.   The undersigned judicial officer, United States
10 | Magistrate Judge Victor B. Kenton, and the court on which that
11 | judicial officer sits, have jurisdiction over the fugitive.
12 |              c.   An extradition treaty is in force between the United
13 | States of America and Australia.
14 |              d.   The fugitive is sought for offense for which the
15 | applicable treaty permits extradition.
16 |              e.   The fugitive is the individual who is charged in
17 | Australia and there is probable cause to believe her guilty of each
18 | of the charged offenses.
19 |              f.   The fugitive agrees to summary extradition without
20 | further proceedings pursuant to Article XIII(2) of the Treaty on
21 | Extradition between the United States of America and Australia of
22 | May 14, 1974, as amended by the Protocol Amending the Treaty on
23 | Extradition between the United States of America, signed on
24 | September 4, 1990.
25 |      4.   There are no facts that bar the extradition of the
26 | fugitive under the extradition treaty.
27

1     Based on the foregoing findings, the Court concludes that
2  Brandi Angela Brandt is extraditable for each offense for which
3  extradition was requested, and certifies this finding to the
4  Secretary of State as required under Title 18, United States Code,
5  Section 3184.
6     IT IS THEREFORE ORDERED that the Clerk of the Court deliver to
7  the Assistant United States Attorney a certified copy of this
8  Certification of Extraditability and the executed Stipulation of
9  Consent to Extradition and, further, that the Clerk forward
10 certified copies of the same to the Secretary of State (to the
11 attention of the Legal Adviser) for the appropriate disposition.
12    IT IS FURTHER ORDERED that Brandi Angela Brandt be committed to
13 the custody of the United States Marshal pending final disposition
14 of this matter by the Secretary of State and arrival of agents of
15 the requesting state, at which time Brandi Angela Brandt, together
16 with any evidence seized incidental to her arrest, will be
17 transferred to the custody of the agents of the requesting state at
18 such time and place as mutually agreed upon by the United States
19 Marshal and the duly authorized representatives of the Government of
20 Australia to be transported to Australia.
21    IT IS SO FOUND AND ORDERED this 17 day of September 2013.

Dated: 9-17-2013

UNITED STATES MAGISTRATE JUDGE